BALLARD SPAHR ANDREWS & INGERSOLL, LLP
100 CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4614
(702) 471-7000 FAX (702) 471-7070

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 720, LAS VEGAS, NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER CREEK PARTNERS LLC, a Nevada Limited Liability Company doing business as COPPER CREEK STUDIOS, STEPHEN HARTLER, an individual, JAY A. RITZ, an individual<br><br>Defendants. | Civil Action No. 2:08-cv-00725-LRH-LRL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHERWISE FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT BY DEFENDANTS COPPER CREEK PARTNERS, LLC AND STEPHEN HARTLER** |

COME NOW, Plaintiff, by and through Michael A. Urban, Esq., of the law firm of Laquer, Urban, Clifford & Hodge LLP, and Defendants Copper Creek Partners LLC, a Nevada Limited Liability Company, and Stephen Hartler, by and through Ariel E. Stern, Esq., of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, and hereby

**STIPULATE AND AGREE** to extend the time for Defendants COPPER CREEK PARTNERS LLC, a Nevada Limited Liability Company, and STEPHEN HARTLER to file

DMWEST #6691031 v1

an answer or otherwise respond to Plaintiff's Complaint for Breach of Contract up to and including Monday, August 11, 2008.

DATED this 29th day of July, 2008.

| LAQUER URBAN CLIFFORD & HODGE LLP | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
|---|---|
| /s/ Michael A. Urban | /s/ Ariel Stern |
| Michael A. Urban, Esq.<br>Nevada Bar No. 3875<br>urban@luch.com<br>4270 South Decatur Blvd., Suite A-9<br>Las Vegas, Nevada 89103<br><br>Attorneys for Plaintiff,<br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 720, LAS VEGAS, NEVADA | Joshua H. Reisman, Esq.<br>Nevada Bar No. 7152<br>reismanj@ballardspahr.com<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>sterna@ballardspahr.com<br>100 City Parkway, Suite 1750<br>Las Vegas, Nevada 89106-4614<br><br>Attorneys for Defendants,<br>COPPER CREEK PARTNERS LLC, a Nevada Limited Liability Company, and STEPHEN HARTLER |

IT IS SO ORDERED.

**ORDER**

/s/ Larry R. Hicks

_____
THE HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: August 4, 2008